**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

TRECIA & CHARLES SULLIVAN,      : No. 94 MM 2015
:
              Petitioners      :
:
:
:
          v.              :
:
:
:
DR. STEVEN HAYWOOD AND DR.   :
HAYWOOD AND ASSOCIATES,      :
:
           Respondents    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of August, 2015, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.